

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Breaux | Civil Action No. 04-CV-0682 |
| versus | Judge Tucker L. Melançon |
| Winn Dixie Louisiana Inc. | Magistrate Judge Methvin |

## JUDGMENT OF FINAL DISMISSAL

Considering the joint Motion To Dismiss this matter with prejudice as all issues have been resolved through bankruptcy [Rec. Doc. 18], it is

ORDERED that this matter is DISMISSED WITH PREJUDICE and the Clerk of Court is to close this action.

THUS DONE AND SIGNED on this 8th day of August, 2008 in Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge